No. 12–5858. DRAIN v. LUDWICK, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–5861. STEPHENS v. BONDI, ATTORNEY GENERAL OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–5868. CHERRY v. HOWES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–5873. HOLLEY v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–5880. PILLETTE v. BERGHUIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–5889. NITSCHKE v. PREMO, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 12–5900. PHILLIPS v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–5910. ROWE v. MISSOURI. Ct. App. Mo., Southern Dist. Certiorari denied.

No. 12–5912. WALKER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 12–5939. MILLSAP v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 12–5943. KOU CHA v. CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–5955. WADDELL v. JACKSON, CORRECTIONAL SUPERINTENDENT, BROWN CREEK CORRECTIONAL INSTITUTION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–5958. CARTWRIGHT v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 12–5964. WALLACE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.